## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-47840-705 |
| | ) | |
| THOMAS VINCENT BECK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| J & J HOME BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 10-04418-705 |
| | ) | |
| THOMAS VINCENT BECK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ENTRY OF APPEARANCE**

COMES NOW Clyde C. Farris of the firm of Copeland Thompson Farris, PC and enters his appearance on behalf of the Defendant, Thomas Vincent Beck, as co-counsel in the above captioned adversary proceeding.

COPELAND THOMPSON FARRIS, PC

/S/ CLYDE C. FARRIS
_____
CLYDE C. FARRIS, #22701MO #22701
231 S. Bemiston, Suite 1220
Clayton, MO 63105
(314) 726-1900 Telephone
(314) 726-2361 Facsimile
farris@ctfpc.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via ECF this 28th day of February, 2011 to: Dennis J. Barton, III, Attorney for J & J Home Builders, Inc., 9109 Watson Road, Suite 300, St. Louis, MO 63126; John V. LaBarge, Jr., Chapter 7 Trustee, 15 Sunnen Drive, Suite 115, St. Louis, MO 63143; Deborah Benoit, Kruger and Benoit, L.L.C., 2016 S. Big Bend Blvd., St. Louis, MO 63117; and to the United States Trustees Office, 111 S. 10th St., Ste. 6353, St. Louis, MO 63102.

/S/ CLYDE C. FARRIS

_____